BLUME, GOLDFADEN, BERKOWITZ,
DONNELLY, FRIED & FORTE
A Professional Corporation
One Main Street
Chatham, New Jersey 07928
(973) 635-5400
Attorneys for Plaintiff
DMF 9170

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| Jose Goodwin and<br>Carmen Goodwin, his wife<br><br>        Plaintiffs,<br><br>vs.<br><br>HK SYSTEMS, QTG - QUAKER,<br>TROPICANA GATORADE CORPORATION,<br>John Doe, Jane Doe, ABC<br>Corporation and XYZ Partnership,<br>DEF Corporation (Fictitious Names)<br><br>        Defendants. | CIVIL ACTION NO.:<br>2:09-cv-00637-WJM-MF<br><br>Civil Action<br><br>ORDER ALLOWING PLAINTIFFS TO<br>FILE AN AMENDED COMPLAINT |

This matter having been opened to the Court during a scheduling conference before the Honorable Mark Falk, U.S.M.J., with all counsel of record having appeared and good cause being shown, *and there being no opposition*

It is on this _24_ day of _March_, 2009;

ORDERED that:

1. Plaintiffs be permitted to amend the Complaint naming Retrotech, Inc. as a defendant within _10_ days, and

2. A copy of this Order be served upon all parties within _3_ days of the date hereof.

                                                        U.S.M.J.